B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Somerset Studios, Incorporated** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**95-3171260** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1915 Jamestown Road**<br>**Morganton, NC**<br>ZIP Code **28655** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Burke** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Somerset Studios, Incorporated** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Somerset Studios, Incorporated**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ Richard S. Wright**
Signature of Attorney for Debtor(s)

**Richard S. Wright 24622**
Printed Name of Attorney for Debtor(s)

**Moon Wright & Houston, PLLC**
Firm Name

**227 West Trade Street**
**Suite 180**
**Charlotte, NC 28202**

Address

**704-944-6560  Fax: 704-944-0380**
Telephone Number

**May 7, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Stephen K.C. West**
Signature of Authorized Individual

**Stephen K.C. West**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 7, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## **CORPORATE RESOLUTION**

I, the undersigned, being the President of **Somerset Studios, Incorporated**, a California corporation (the "Company") having a corporate headquarters located at 1915 Jamestown Road, Morganton, NC 28655, do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the Board of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the officers of the Company are authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Moon Wright & Houston, PLLC, upon such terms and conditions as the officers of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that any of the officers of the Company are each severally authorized to retain on behalf of the Company such other professionals as the officers of the Company deem necessary or appropriate, upon such terms and conditions as the officers of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that any of the officers of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
       May 6, 2015

                                          By:       */s/ Stephen K.C. West*
                                          Name: Stephen K.C. West
                                                  President

MWH: 10300.001; 00013451.1

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Somerset Studios, Incorporated**                                      Case No. _____
                              Debtor(s)                                         Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                    $  Normal Hourly Rates
   Prior to the filing of this statement I have received          $  25,000.00
   Balance Due                                                    $  0.00

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor       □ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor       □ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **The amount of $20,000.00 is currently being held in the Moon Wright & Houston, PLLC trust account for post-petition fees and expenses.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **May 7, 2015**

_____
Richard S. Wright 24622
Moon Wright & Houston, PLLC
227 West Trade Street
Suite 180
Charlotte, NC 28202
704-944-6560  Fax: 704-944-0380

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Somerset Studios, Incorporated**                                    Case No.
                              Debtor(s)                                      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Brooks, Pierce,McLendon, Humphrey & Leonard, L.L.P**<br>**PO Box 26000**<br>**Greensboro, NC 27420** | **Brooks, Pierce,McLendon, Humphrey & Leonard, L.L.P**<br>**PO Box 26000**<br>**Greensboro, NC 27420** | **Legal Fees** | | **75,662.81** |
| **CHC of the Carolinas Inc**<br>**Acct #3658192000**<br>**PO Box 6526**<br>**Carol Stream, IL 60197-6526** | **CHC of the Carolinas Inc**<br>**Acct #3658192000**<br>**PO Box 6526**<br>**Carol Stream, IL 60197-6526** | **Trade Debt** | | **4,218.28** |
| **Estes Express Lines**<br>**PO Box 25612**<br>**Richmond, VA 23260-5612** | **Estes Express Lines**<br>**PO Box 25612**<br>**Richmond, VA 23260-5612** | **Transportation/Shipping Service** | | **27,907.34** |
| **F & G Moulding Co. Inc.**<br>**250 Ridenhour Road**<br>**SALISBURY, NC 28144** | **F & G Moulding Co. Inc.**<br>**250 Ridenhour Road**<br>**SALISBURY, NC 28144** | **Trade Debt** | | **5,380.00** |
| **Framerica**<br>**2 Todd Court**<br>**Yaphank, NY 11980** | **Framerica**<br>**2 Todd Court**<br>**Yaphank, NY 11980** | **Trade Debt** | | **12,952.24** |
| **FROMM Packaging Systems**<br>**85 Fulton St. Ste.4**<br>**BOONTON, NJ 07005** | **FROMM Packaging Systems**<br>**85 Fulton St. Ste.4**<br>**BOONTON, NJ 07005** | **Trade Debt** | | **1,568.00** |
| **Hugo Arts  Company**<br>**Chongmei District**<br>**Chashan Town**<br>**Dongguan City Guangdong**<br>**China** | **Hugo Arts  Company**<br>**Chongmei District**<br>**Chashan Town**<br>**China** | **Trade Debt** | | **5,175.00** |
| **IMC TRS, LLC**<br>**PO Box 50790**<br>**Los Angeles, CA 90074-9026** | **IMC TRS, LLC**<br>**PO Box 50790**<br>**Los Angeles, CA 90074-9026** | **Trade Debt** | | **4,128.00** |
| **M & S Finishing Co.**<br>**250 Ridenhour Road**<br>**Salisbury, NC 28144** | **M & S Finishing Co.**<br>**250 Ridenhour Road**<br>**Salisbury, NC 28144** | **Trade Debt** | | **5,246.75** |
| **Michelangelo Moulding**<br>**1320 Route 9, PMB 400**<br>**Champlain, NY 12919** | **Michelangelo Moulding**<br>**1320 Route 9, PMB 400**<br>**Champlain, NY 12919** | **Trade Debt** | | **14,808.64** |
| **Modern Masters**<br>**PO Box 92245**<br>**Cleveland, OH 44193** | **Modern Masters**<br>**PO Box 92245**<br>**Cleveland, OH 44193** | **Trade Debt** | | **2,081.37** |

B4 (Official Form 4) (12/07) - Cont.

In re **Somerset Studios, Incorporated**   Case No. _____
          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Old World Prints Ltd<br>8080 Villa Park Drive<br>Richmond, VA 23228-6500 | Old World Prints Ltd<br>8080 Villa Park Drive<br>Richmond, VA 23228-6500 | Trade Debt | | 10,933.83 |
| Omega Moulding Company<br>1 Saw Grass Drive<br>Bellport, NY 11713 | Omega Moulding Company<br>1 Saw Grass Drive<br>Bellport, NY 11713 | Trade Debt | | 1,562.76 |
| Piedmont Corrugated Specialty<br>PO Box 68<br>VALDESE, NC 28690-0068 | Piedmont Corrugated Specialty<br>PO Box 68<br>VALDESE, NC 28690-0068 | Trade Debt | | 12,651.60 |
| Snyder Paper Corp.<br>PO Box 60940<br>Charlotte, NC 28260 | Snyder Paper Corp.<br>PO Box 60940<br>Charlotte, NC 28260 | Trade Debt | | 5,702.21 |
| The Solutions Group<br>333 Fayetteville Street Suite 516<br>Raleigh, NC 27601 | The Solutions Group<br>333 Fayetteville Street Suite 516<br>Raleigh, NC 27601 | Trade Debt | | 4,699.71 |
| Travelers<br>CL Remittance Center<br>PO Box 660317<br>Dallas, TX 75266-0317 | Travelers<br>CL Remittance Center<br>PO Box 660317<br>Dallas, TX 75266-0317 | Insurance | | 2,783.46 |
| Universal Arquati Moulding<br>21139 Centre Pointe Pkwy.<br>SANTA CLARITA, CA 91350 | Universal Arquati Moulding<br>21139 Centre Pointe Pkwy.<br>SANTA CLARITA, CA 91350 | Trade Debt | | 6,037.65 |
| ZGallerie<br>c/o Drew Breuder ☐<br>O'Melveny & Myers<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 | ZGallerie<br>c/o Drew Breuder ☐<br>O'Melveny & Myers<br>Los Angeles, CA 90067 | Indemnity Contract | | 322,629.75 |
| Zheng Li<br>c/o John M. Bowler<br>Troutman Sanders, LLP-ATL<br>600 Peachtree Street, N.E., Suite 5200<br>Atlanta, GA 30308 | Zheng Li<br>c/o John M. Bowler<br>Troutman Sanders, LLP-ATL<br>Atlanta, GA 30308 | Judgment | | 450,211.36 |

**B4** (Official Form 4) (12/07) - Cont.

In re  **Somerset Studios, Incorporated**          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 7, 2015**            Signature  **/s/ Stephen K.C. West**
                                                                                 **Stephen K.C. West**
                                                                                 **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Somerset Studios, Incorporated**                    ,        Case No. _____

                                    Debtor

                                                                     Chapter                **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Stephen K.C. West**<br>**PO Box 1446**<br>**Asheville, NC 28802** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May  7, 2015**                              Signature   **/s/ Stephen K.C. West**
                                                                  **Stephen K.C. West**
                                                                  **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                        18 U.S.C §§  152 and 3571.

**0**     continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Somerset Studios, Incorporated**                                          Case No.
Debtor(s)                                                   Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May  7, 2015**                                  **/s/ Stephen K.C. West**
                                                         **Stephen K.C. West**/**President**
                                                         Signer/Title

```
A D Lines
Unit 2E-F
200 Main Street
MONROE, CT 06468-1174


Active Sales Co.,Inc.
(FAS'N'GO)
PO Box 3908
Santa Fe Springs, CA 90670


AFLAC
ATTN: Remittance Processing
1932 Wynnton Road
COLUMBUS, GA 31999-0797


AlarmSouth
PO Box 5393
Statesville, NC 28687


AlwaysCare Benefits Inc
Dept 1892
PO Box 2153
Birmingham, AL 35287-1892


Art Trends
PO Box 2627
Cookeville, TN 38502


AT & T    214-742
PO Box 105414
ATLANTA, GA 30348-5414


Avesis
PO Box 52718
Phoenix, AZ 85072


Beco Inc.
PO Box 2023
High Point, NC 27261


Bentley Publishing Group
P O Box 511603
Los Angeles, CA 90051-8158
```

```
Berkley Net
12701 Marblestone Drive
Woodbridge, VA 22192


Brentwood Water
PO Box 627
Glen Alpine, NC 28628


Brooks, Pierce,McLendon,
Humphrey & Leonard, L.L.P
PO Box 26000
Greensboro, NC 27420


Bruce McGaw Graphics
6378 Route 7A
Sunderland, VT 05250


Canadian Art Prints Inc.
110-6311  Westminster Hwy.
Richmond BC Canada V7C 4V4


Carolina Carpet Care
PO Box 1267
WELCOME, NC 27374


Charter Communications
PO Box 742600
CINCINNATI, OH 45274-2600


CHC of the Carolinas Inc
Acct #3658192000
PO Box 6526
Carol Stream, IL 60197-6526


City of High Point
PO Box 10039
High Point, NC 27261-3039


Claredon Textiles
116 Banyon Tree Lane
Cary, NC 27513


Clark County Assessor
PO Box 551401
Las Vegas, NV 89155-1401
```

```
Classic Collections Fine Art
l Bridge Street Suite 93
Irvington, NY 10533


Clicart Inc.
700 Taschereau
Ste-Therese
Quebec J7E 4E1


Cox Communications, Inc.
PO Box 53262
PHOENIX, AZ 85072-3262


Crescent Cardboard Company
35243 Eagle Way
Chicago, IL 60678-1352


Dallas County Tax Office
500 Elm Street
Dallas, TX 75202-3304


Dallas Market Center Operating, LP
2100 Stemmons Freeway
Dallas, TX 75207


Dapco Ltd
PO Box 947
Mtn. Home, NC 28758


Delta Picture Frame Co.
8076 NW 74 Avenue
Miami, FL 33166


Editions Limited
4090 Halleck St.
Emeryville, CA 94608


Eric Bauer Marketing LLC
5590 Cypress Tree Court
Palm Beach Gardens, FL 33418


Estes Express Lines
PO Box 25612
Richmond, VA 23260-5612
```

```
F & G Moulding Co. Inc.
250 Ridenhour Road
SALISBURY, NC 28144


FedEx-PA
PO Box 371461
Pittsburgh, PA 15250-7461


Felix Rosenstiel's Widow
785 Fifth Ave, NY 10022
Code 021-001-486
Account:, NY 03001-7644


Framerica
2 Todd Court
Yaphank, NY 11980


Frameware
8 Audrey Place
FAIRFIELD, NJ 07004


FROMM Packaging Systems
85 Fulton St. Ste.4
BOONTON, NJ 07005


Haddad's Fine Arts
3855 East Mira Loma Avenue
Anaheim, CA 92806


Heritage Propane
PO Box 3193
Morganton, NC 28680-3193


Hugo Arts  Company
Chongmei District
Chashan Town
Dongguan City Guangdong
China


IHFC Properties, LLC- Atlanta
PO Box 535595
Atlanta, GA 30353-5595
```

Image Conscious
147 Tenth Street
San Francisco, CA 94103


IMC TRS, LLC
PO Box 50790
Los Angeles, CA 90074-9026


International Graphics
Junkersring 11
DE-76344 Eggenstein
Germany


International Market Centers, LP
Attn: Robert J. Marlcich, CEO
Attn: General Counsel
209 S. Main Street
High Point, NC 27260


M & S Finishing Co.
250 Ridenhour Road
Salisbury, NC 28144


Masterman's, LLP
11 C Street
PO Box 411
Auburn, MA 01501


Matboard Design Corporation
2750 Hwy. 72 East
HUNTSVILLE, AL 35811


MetLife Small Business Center
PO Box 804466
Kansas City, MO 64180-4466


Michelangelo Moulding
1320 Route 9, PMB 400
Champlain, NY 12919


Modern Masters
PO Box 92245
Cleveland, OH 44193

North State Communications
PO Box 612
High Point, NC 27261


Old World Prints Ltd
8080 Villa Park Drive
Richmond, VA 23228-6500


Omega Moulding Company
1 Saw Grass Drive
Bellport, NY 11713


PI Creative Art/PI Fine Art
1180 Caledonia Road
Toronto, ON M6A 2W5


Piedmont Corrugated Specialty
PO Box 68
VALDESE, NC 28690-0068


Poems Art Publishing LLC
4677 S Cherry Street
Salt Lake City, UT 84123


Preferred Long Distance
16830 Ventura Boulevard, Suite 350
Encino, CA 91436


Prestige Impex
4595 Granby Circle
Cumming, GA 30041


Presto Frame & Moulding
5 Diamond Ave
Bethel, CT 06801


Republic Services
PO Box 9001099
Louisville, KY 40290-1099


RepZio
3256 West Lake Blvd. Suite 1100
Lake Mary, FL 32746

```
Rutherford Electric Membership
PO Box l569
Forest City, NC 28043


Rutherford Electric Membership Corporati
PO Box 1569
Forest City, NC 28043-1569


Snyder Paper Corp.
PO Box 60940
Charlotte, NC 28260


Southeastern Freight Lines
PO Box 100104
COLUMBIA, SC 29202-3104


Staples Credit Plan
Dept.00-04086781
PO Box 183174
COLUMBUS, OH 43218-3174


Stephen K.C. West
1915 Jamestown Road
Morganton, NC 28655


The Lincoln National Life Ins.Co.
PO Box 0821
Carol Stream, IL 60132-0821


The Solutions Group
333 Fayetteville Street Suite 516
Raleigh, NC 27601


Third & Wall Art Group LLC
312 9th Ave N
SEATTLE, WA 98109


Thomas Charles Rae
16011 Chalfont Place
DALLAS, TX 75248


Top Art LLC
6490 Mar Industry Place
Suite D
San Diego, CA 92121
```

```
Travelers
CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317


Travelers
Travelers CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


Universal Arquati Moulding
21139 Centre Pointe Pkwy.
SANTA CLARITA, CA 91350


VCOR Asset Management, LLC
322 N. Leavitt Street
Chicago, IL 60612


Washington National Ins. Co.
PO Box 223388
PITTSBURGH, PA 15251-2388


Weissman Nowack Curry & Wilco
Attorneys At Law
One Alliance Center
Atlanta, GA 30326


Wild Apple Graphics Ltd.
2513 West Apple Graphics Ltd.
Woodstock, VT 05091


Wire And Cable Specialties Inc
440 Highlands Bld.
Coatesville, PA 19320


WM De Jong Enterprises Inc.
P.O. Box 39  RR#3
Norwich, ON N0J 1P0
```

```
World Market Center Las Vegas
350 S. Beverly Drive, Suite 330
Attn:  Jack Kashani
Attn:  Shawn Samson
Beverly Hills, CA 90212


ZGallerie
c/o Drew Breuder
O'Melveny & Myers
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067


Zheng Li
c/o John M. Bowler
Troutman Sanders, LLP-ATL
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA 30308
```

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Somerset Studios, Incorporated**                                         Case No.
                                         Debtor(s)                        Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Somerset Studios, Incorporated**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May  7, 2015** | **/s/ Richard S. Wright** |
| Date | **Richard S. Wright 24622** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Somerset Studios, Incorporated** |
| | **Moon Wright & Houston, PLLC** |
| | **227 West Trade Street** |
| | **Suite 180** |
| | **Charlotte, NC 28202** |
| | **704-944-6560 Fax:704-944-0380** |